IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN AIKENS** | **: CIVIL ACTION** |
| | **:** |
| **v.** | **: NO. 13-cv-7010** |
| | **:** |
| | **:** |
| **DANIEL BURNS, et al.** | |

## ORDER

**AND NOW,** this 2nd day of August, 2021, it is hereby **ORDERED** that the Petitioner's Petition for a Writ of Habeas Corpus [Doc. 2] is **DISMISSED** with prejudice. The Clerk shall mark this case as terminated.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.